1  BONNIE CHAVEZ (S.B.N. 198124)                                JS-6
   bchavez@sag.org
2  COUNSEL
   SCREEN ACTORS GUILD, INC.
3  5757 Wilshire Blvd., 8th Floor
   Los Angeles, CA 90036-3600
4  Telephone: (323) 549-6623
   Facsimile: (323) 549-6624
5
   Attorney for Petitioner
6  Screen Actors Guild, Inc.

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 SCREEN ACTORS GUILD, INC., a non-      Case No.: CV 08-07880 VBF (RCx)
   profit corporation on behalf of Affected
12 Performers,                             [PROPOSED] USF
                                           JUDGMENT CONFIRMING
13           Petitioner,                   ARBITRATION AWARD
   v.
14
   MICHAELANGEL PRODUCTIONS, INC., and
15 ARAMA ENTERTAINMENT,

16           Respondents.                  DATE: January 26, 2009
                                           TIME: 1:30 p.m.
17                                         COURTROOM: Spring Street, 9
                                           JUDGE: Valerie Baker Fairbank
18

19

20 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

21       The regularly noticed Motion for Order Confirming Arbitration Award and

22 for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild,

23 Inc. ("SAG") was considered by the Court on the pleadings and without formal

24 hearing, pursuant to Local Rule 7-15.  Having considered the pleadings and

25 arguments submitted by the parties:

26

27       IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment

28 be entered in this proceeding as follows:

1. The arbitration award in SAG Case No. 2002-0340, dated December 2, 2004, and executed by Arbitrator Sara Adler is confirmed in all respects.

2. PRODUCER is ordered to pay as follows:

    (a)    To SAG on behalf of affected performers, the sum of $109,904.00

    (b)    To SAG as and for SAG's attorney's fees incurred in this action, the sum of $2,400.00; and

    (c)    To SAG as and for SAG's costs incurred in this action, the sum of $350.00

3. SAG is hereby granted an irrevocable assignment of any monies received or to be received by Respondent from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as "The Apostate" aka "Michaelangel" aka "Deadly Sins".

Dated: 1-20-09

                                                    _____
                                                    Judge of the
                                                    U.S. District Court